UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEWIS GENE FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1;15-cv-01799-TWP-MJD |
| ) | |
| FCA US LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT FCA US LLC'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendant FCA US LLC ("FCA") hereby moves to dismiss the above-captioned Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failing to state a claim upon which relief can be granted. The grounds for the motion are set forth in the concurrently filed Memorandum of Law in Support.

WHEREFORE, Defendant FCA US LLC requests that the Court grant this Motion to Dismiss, dismiss Plaintiff's complaint, and grant all other relief just and proper.

| | |
|---|---|
| March 7, 2016 | /s/ T. Allon Renfro |
| | P. Stephen Fardy |
| | T. Allon Renfro |
| | Swanson, Martin & Bell, LLP |
| | 330 North Wabash – Suite 3300 |
| | Chicago, Illinois 60611 |
| | (312) 321-9100 |
| | (312) 321-0990 (fax) |
| | sfardy@smbtrials.com |
| | trenfro@smbtrials.com |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, on oath, state that I filed the following electronically, Defendant's Motion to Dismiss, and served it on the below listed parties by U.S. Mail on March 7, 2016:

Lewis Gene Freeman
1509 Pontiac Drive
Kokomo, Indiana 46902

*/s/ T. Allon Renfro*_____
One of the attorneys for the Defendant