# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEWIS GENE FREEMAN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 1:15-cv-01799-TWP-MJD |
| FCA US LLC, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

On March 7, 2016 Defendant filed a Motion to Dismiss and supporting memorandum seeking dismissal based on Plaintiff's failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6). The time within which a response is due has expired. Plaintiff is proceeding *pro se*, therefore, he shall have through **May 6, 2016** to respond to Defendant's Motion to Dismiss (Dkt. 23).

In conjunction with the foregoing, Plaintiff should be aware that a failure to timely respond to defendant's arguments alone warrants dismissal of the lawsuit. *See Thomas v. Urban P'ship Bank,* 2013 WL 1788522, at *13 (N.D.Ill. Apr. 26, 2013) (collecting cases). "When presented with a motion to dismiss, the non-moving party must proffer some legal basis to support his cause of action." *County of McHenry v. Ins. Co. of the West,* 438 F.3d 813, 818 (7th Cir. 2006). For that reason, if a plaintiff does not respond, and the court is "given plausible reasons for dismissing a complaint, [it is] not going to do the plaintiff's research and try to discover whether there might be something to say against the defendants' reasoning." *Kirksey v. R.J. Reynolds Tobacco Co.,* 168 F.3d 1039, 1042 (7th Cir. 1999).

Date: 4/14/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

FCA US LLC

LEWIS GENE FREEMAN
1509 Pontiac Drive
Kokomo, IN 46902

Paul Stephen Fardy
SWANSON MARTIN & BELL
sfardy@smbtrials.com

Timothy Allon Renfro, Jr.
SWANSON MARTIN & BELL LLP
trenfro@smbtrials.com